**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

**DAVID WASHINGTON**

       **Plaintiff,**

**v.**                      **Case No. 3:25-cv-00404-MMH-SJH**

**CITY OF JACKSONVILLE,**

       **Defendant.**

_____/

## JOINT NOTICE OF RESOLUTION

COME NOW Plaintiff DAVID WASHINTON ("Washington") and Defendant CITY OF JACKSONVILLE ("COJ"), by and through their respective undersigned attorneys of record and hereby give notice, pursuant to Local Rule 3.09(a) that they have reached a resolution in the instant action as it relates to Plaintiff's claims against Defendant COJ.

The settlement agreement between Plaintiff and COJ is contingent upon the approval by the City of Jacksonville's City Council. Should this Court dismiss the action, the parties ask this Court to include in any order that either party may move to re-open the case within sixty (90) days for: (1) entry of a stipulated final order dismissing Plaintiff's claims against Defendant COJ with prejudice or; (2) further proceedings should the City of Jacksonville's City Council not approve the settlement agreement.

1

Respectfully submitted this 30th day of April 2026.

<div style="display:flex;">

/s/ David Lee Ham, Jr.
David Lee Ham, Jr.
Florida Bar No. 0617921
Email: attyham@gmail.com
       david@hamlawfl.com

THE LAW OFFICES OF
DAVID LEE HAM, JR. PA
225 Water Street, Ste. 1500
Jacksonville, Florida 32202
Telephone: (904) 307-3888
Facsimile:  (904) 203-0146

*Attorney for Plaintiff*

/s/ Rita M. Mairs
Rita M. Mairs
Florida Bar No.: 560960
Email: MairsR@coj.net

OFFICE      OF      GENERAL
COUNSEL
CITY OF JACKSONVILLE
117 West Duval Street, Suite 480
Jacksonville, Florida 32202
Tel: (904) 255-5055
Fax: (904) 255-5120
*Attorney for Defendant City of Jacksonville*

</div>

2